KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ZACHARY D. BIRD (CSBN 222656)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 1:06-70320 |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| VICTOR FLOWERS, | ) | |
| | ) | |
| Defendant. | ) | |

UPON motion of the United States of America, and good cause appearing, it is hereby ordered, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Warrant of Arrest and Complaint in the above mentioned matter be dismissed.

SO ORDERED.

DATED: 1/8/07                               _____
                                                     NANDOR J. VADAS
                                                     United States Magistrate Judge

Order for Dismissal